UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1319

In Re: DOROTHY P. LITZENBERG,

Plaintiff - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(MISC-94-67)

Submitted:  June 18, 1998        Decided:  October 5, 1998

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Dorothy P. Litzenberg, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant apparently appeals district court orders that directed her various pleadings be placed in a "miscellaneous file" to be reviewed by the court before they are styled as a new, separate action. We have reviewed the record and have determined that there is no final appealable order before us to review. We therefore dismiss the appeal for lack of jurisdiction, because there is neither a final order nor an appealable interlocutory or collateral order for review.  We deny Appellant's motion for trial in another circuit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2